UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINSCO/PRIVATE LEDGER CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:07-0183 ) JUDGE ECHOLS ) |
| DAVID L. MAURICE and LOIS CARRIER, | ) ) ) ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, Plaintiff's Motion For Preliminary Injunction And Expedited Hearing (Docket Entry No. 3) is hereby GRANTED IN PART and DENIED IN PART.

The Motion For Expedited Hearing is GRANTED. The Court held a hearing on the Motion For Preliminary Injunction on March 7, 2007. The Motion For Preliminary Injunction is DENIED.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE